MAX BURNOFSKY, Appellant, *v.* DUDLEY HARDE et al., Copartners Comprising the Firm of HARDE & SHARP, et al., Respondents.

(Argued October 16, 1933; decided November 21, 1933.)

*Lewis Nadel* for appellant.

*Walter B. Hall, Richard B. Hand* and *George W. Phillips, Jr.,* for Dudley Harde et al., copartners, respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.